UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 2:18-CV-00659 |
| | ) | |
| Plaintiff, | ) | JUDGE MARBLEY |
| | ) | |
| v. | ) | |
| | ) | |
| LA SCALA RISTORANTE, INC., | ) | NOTICE OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME Plaintiff Spencer Neal and Defendant La Scala Ristorante, Inc., by and through their respective undersigned counsel, and hereby give Notice that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff has dismissed all claims against Defendants with prejudice pursuant to the terms of a private settlement agreement. The Parties consent to the Court retaining jurisdiction for the enforcement of the settlement agreement.

/s/ **COLIN G. MEEKER**
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal

/s/ **GEORGE L. STEVENS**
George L. Stevens (#0092609)

Attorney for Defendant, La Scala Ristorante, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on the 27th day of February, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

       Respectfully submitted,

       **/s/ *COLIN G. MEEKER***

       Colin G. Meeker (#0092980)
       Blakemore, Meeker & Bowler Co., L.P.A.
       495 Portage Lakes Dr.
       Akron, OH 44319
       Office: (330) 253-3337
       Fax: (330) 253-4131
       cgm@bmblaw.com

       Attorney for Plaintiff, Spencer Neal